**No. 68510.**—Edwin Jay, Inc., et al. *v.* United States, protests 283919–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiffs was sustained.

**No. 68511.**—Bert Scheuer, Inc. *v.* United States, protest 63/17512–17071 (New Orleans).

Opinion by LAWRENCE, J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

BEFORE THE THIRD DIVISION, MAY 6, 1964

**No. 68512.**—L. E. Coppersmith, Inc. *v.* United States, protest 63/8596 (Los Angeles).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.